UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 08-26967 JHW

Debtor: James P. & Heather L. Duffy

| Check Number | Creditor | Amount |
|---|---|---|
| 1684713 | Wells Fargo Home Mortgage, Inc. | 248.76 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: March 12, 2010