UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number 08-26967 JHW

Debtor: James P. & Heather L. Duffy

| Check Number | Creditor | Amount |
|---|---|---|
| 1687590 | Wells Fargo Home Mortgage, Inc. | 1155.69 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  April 14, 2010